IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV317

| | |
|---|---|
| MARK HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TRINET HR III, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon Defendant's Motion for Summary Judgment. A hearing was held on this motion on June 3, 2021. For the reasons stated in open court at the conclusion of the hearing,

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: June 3, 2021

*[Signature]*

Graham C. Mullen
United States District Judge